THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOSE ALVARADO, | ) | 4:05CV3051 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| THE DIAMOND ENGINEERING COMPANY, a Nebraska Corporation, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff has moved (filing 12) for an extension of time in which to respond to the defendant's motion to dismiss (filing 9). Plaintiff's counsel represents that Defendant's counsel does not object to the requested extension of time. I shall grant Plaintiff's motion.

IT IS ORDERED:

1. Plaintiff's motion (filing 12) for an extension of time in which to respond to the defendant's motion to dismiss (filing 9) is granted;

2. Plaintiff's response shall be filed on or before June 3, 2005; and

3. The Clerk of Court shall adjust the court's internal computerized record-keeping system to reflect that the "response-due" date on Filing 9 is June 3, 2005.

DATED this 23rd day of May, 2005.

BY THE COURT:
s/Richard G. Kopf
United States District Judge