IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOSE ALVARADO, | ) | CASE NO.   4:05-CV-03051 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING |
| vs. | ) | MOTION TO WITHDRAW |
| | ) | |
| THE DIAMOND ENGINEERING | ) | |
| COMPANY, A Nebraska Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

On the application for an order authorizing withdrawal of appearance (Filing No. 24), the Court finds that the requested order should be granted.

IT IS THEREFORE ORDERED that Tracy L. Stoehr should be and hereby is authorized to withdraw her appearance on behalf of the plaintiff.

DATED October 24, 2005.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge