THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOSE ALVARADO, | ) | 4:05CV3051 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| THE DIAMOND ENGINEERING COMPANY, A Nebraska Corporation, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the parties' Stipulation and Joint Motion for Dismissal Without Prejudice (filing 26) and Fed. R. Civ. P. 41,

IT IS ORDERED that the plaintiff's complaint and all causes of action stated therein against the defendant be dismissed without prejudice, attorneys' docket fee waived, and with costs taxed to the parties incurring the same.

November 7, 2005.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge